# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THE HANSEN FOUNDATION, INC.,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **CITY OF ATLANTIC CITY,** *et al.*, <br><br> **Defendants.** | Case No. 21–cv–20392–ESK–EAP <br><br><br> ORDER |

**THIS MATTER** having been reported settled (ECF No. 76); and the Court having administratively terminated this matter for 60 days so that the parties could submit the papers necessary to terminate the case, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1 (ECF No. 78); and the 60-day time period having passed without the Court having received the necessary papers,

**IT IS** on this **16th** day of **July 2024** **ORDERED** that:

1. The Clerk of the Court reopen this matter and make a new and separate docket entry reading "CIVIL CASE REOPENED."

2. This matter be, and the same hereby is, **DISMISSED WITH PREJUDICE**, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

                                               */s/ Edward S. Kiel* <br>
                                               **EDWARD S. KIEL** <br>
                                               **UNITED STATES DISTRICT JUDGE**