

**Keith A. Davis**
Partner

kdavis@ndglegal.com

4030 Ocean Heights Avenue
Egg Harbor Township, NJ 08234

t 609 927 1177
f 609 926 9721

October 30, 2024

*Via PACER*
Magistrate Judge Elizabeth A. Pascal
United States District Court
District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets, Courtroom 5C
Camden, New Jersey 08101

    Re:    The Hansen Foundation, Inc., *et al.* v. City of Atlantic City, et al.
            Civil Action No.: 1:21-cv-20392-NLH-AMD
            Our File No. 5943-15

Dear Judge Pascal:

    As counsel for the Plaintiffs in this matter, I write to inform the Court that the parties have reached an agreement on the material terms of the settlement, which was approved by Atlantic City's governing body through Resolution No. 660 on September 19, 2024. Unfortunately, despite diligent efforts by the Hansen Foundation, we have been unable to locate the individual Plaintiff, Ms. Rienna Rebetje, to execute the settlement agreement. Ms. Rebetje was previously a resident at the Hansen House located at 16 Tallahasse Ave., but she relocated during the course of this litigation. All efforts to contact or locate her have been unsuccessful.

    In light of this, I respectfully request that the Court schedule a case management conference to discuss how best to proceed in addressing this issue so the settlement can be effectuated.

    Respectfully submitted,

    NEHMAD DAVIS & GOLDSTEIN, P.C.

BY: *Keith A. Davis*
       KEITH A. DAVIS

KAD:ch
c.    All Counsel of Record *via PACER*
     Clients *(Via E-mail)*